IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILLIAM WALLACE,

    *Plaintiff*,

v.                                 Case No.: 4:21cv461-MW/MAF

AMANDA RALPH, et al.,

    *Defendants*.
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 5. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 5, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's complaint, ECF No. 1, is **DISMISSED without prejudice** as an impermissible shotgun pleading and for failure to comply with court orders." The Clerk shall note on the docket that this cause was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and close the file.

**SO ORDERED on February 16, 2022.**

                                                  **s/Mark E. Walker           **
                                                  **Chief United States District Judge**